TUV@JÞÁÕÜŒÞVÒÖK
V@ÁÙ@¸ÁÔæ̆•^ÁP^æ¦ã̧*Á̆
¦^•^oÁ¦¦ÁÁ̆Tæ̀&@ÁÏ̂ÊÁG€FÍ̂Æ̆æc
F€K€€Á̀æÈ̈Á̈Ä

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Kevin H. Sharp*

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:14cv2333 |
| v. | ) ) ) | *Judge Sharp* |
| | ) | *Magistrate Judge Bryant* |
| HOWARD ELECTRICAL CONTRACTING, INC., | ) ) ) | |
| Defendant. | ) ) | |

## MOTION TO CONTINUE SHOW CAUSE HEARING

This action is set for a show cause hearing on February 27, 2015 at 9:30 a.m.

Defendant has pledged to counsel for Plaintiff that all contributions and payroll reports required by the Court's permanent injunction will be received by Plaintiff within the next 30 days. Moreover, Defendant has made a substantial payment of amounts due.

As a result, Plaintiff moves the Court to continue the show cause hearing, to be reset in approximately 30 days. The relief requested by this motion being within the sound discretion of the Court, a supporting memorandum is not being filed.

The Court is requested to note Plaintiff also will attempt to resolve the remaining issues concerning costs, fees, etc. with Defendant. Upon resolution, Plaintiff will file an appropriate motion with the Court requesting termination of the civil action. Absent resolution, Plaintiff will appear at the show cause hearing to be reset by the Court.